# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZ TRAVEL DISTRIBUTION, INC., *Plaintiff*, vs. DOREMO GLOBAL CORPORATION; EFRONTIER CORPORATION; ZHENG SHI; JIN MINGTING; and JOHN DOE D/B/A EZ TRAVEL DISTRIBUTION INC., *Defendants*. | Case No: 8:20-cv-01183-JVS-JDE<br><br>Hon. James V. Selna<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Having considered the Stipulated Protective Order (Dkt. 36, "Stipulation") by and between Plaintiff EZ Travel Distribution, Inc. and Defendant Doremo Global Corporation, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation (Dkt. 36) is entered as an Order of the Court.

Dated: August 4, 2020

_____
JOHN D. EARLY
United States Magistrate Judge