UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EZ TRAVEL DISTRIBUTION, INC. | Case No. 8:20-cv-01183-JVS-JDE |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| DOREMO GLOBAL CORPORATION; EFRONTIER CORPORATION; ZHENG SHI; JIN MINGTING; and JOHN DOE D/B/A EZ TRAVEL DISTRIBUTION INC.; | |
| Defendants. | |

WHEREAS, on February 11, 2022, the Court entered an order granting the motion for summary judgment in favor of Defendants Doremo Global Corporation, Zheng Shi, Efrontier Corporation, and Jin Mingting (collectively, "Defendants") on all claims asserted by Plaintiff EZ Travel Distribution, Inc. ("Plaintiff").

WHEREAS, on March 21, 2022, the Court entered an order denying Plaintiff's motion for reconsideration of the Court's order granting Defendants' motion for summary judgment.

WHEREAS, on December 27, 2022, after having reviewed the parties' Stipulation requesting the Court to terminate Defendants' application and further briefing for attorneys' fees and costs, the Court entered an order granting the Stipulation.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment shall be entered in favor of Defendants and against Plaintiff as set forth in and in accordance with the Order Granting Motion for Summary Judgment dated February 11, 2022 (Dkt. 82), and that the Plaintiff shall take nothing by reason of its complaint.

Date: February 22, 2023

_____
Honorable James V. Selna
U.S. District Judge